**Marilyn Sue OSGOOD, Appellant,**

v.

**Gerald Duane OSGOOD, Respondent,**

**and**

**Ryan R. Galli and Diana F. Galli, Third Party Respondents.**

**No. WD 34591.**

Missouri Court of Appeals,
Western District.

May 15, 1984.

David V. Bear, Columbia, for appellant.

Allen S. Russell, M. Corinne Corley, Rea, Chamberlin & Russell, Kansas City, for respondent.

Before SHANGLER, P.J., and KENNEDY and LOWENSTEIN, JJ.

**ORDER**

**PER CURIAM.**

An appeal from an order of denial by the wife of maintenance and an attorney fee in a dissolution case.

The judgment is affirmed. Rule 84.16(b).